# **CONSENT AND RELEASE FORM**

By signing below, I hereby consent to join in the action that has been filed in the United States District Court for the Northern District of Ohio, captioned *Rafferty v. Hat Word, Inc.*, 5:20-cv-00857 (N.D. Ohio), as a party plaintiff <u>solely for the purpose of approving a settlement agreement,</u> pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b).

By joining in this action to approve a settlement, I hereby release Hat World, Inc., together with all of Hat World, Inc., former, current and respective officers, directors, agents, attorneys, parents (including, but not limited to Genesco, Inc.), predecessors, successors, owners, shareholders, parents, subsidiaries, and related and affiliated entities ("Released Parties"), from all federal, state, and local claims relating to compensation, rights, demands, liabilities and causes of action, including but not limited to, claims for unpaid wages, unpaid overtime compensation, liquidated damages, interest, attorneys' fees, and expenses, including claims arising out of or related to the Fair Labor Standards Act, from the beginning of time through the date I sign this Release.

I agree that the Individual Settlement Payment and the amounts allocated to fees and costs represent any and all back pay, severance pay, wages (whether overtime or otherwise), bonuses, vacation pay, front pay, damages (whether liquidated, compensatory, exemplary, punitive or otherwise), benefits, attorneys' fees, costs, interest, or other monies to which I may have been entitled to receive or recover in connection with each my employment with Hat World. I acknowledge and agree that the payments offered to me in the amount of $_____ , under the terms of the Stipulation of Settlement represents good and valuable consideration to which I would not otherwise be entitled.

I promise never to file a lawsuit, administrative complaint, demand, action, or otherwise assert any claims against Released Parties.

I acknowledge and agree that Hat World's participation in the Stipulation of Settlement, the Settlement, and any payments made by Hat World pursuant to the Settlement are not to be construed as an admission of any wrongdoing or liability whatsoever by or on behalf of the Hat World or any of the Released Parties.

I acknowledge that I have been represented by counsel for the negotiation and settlement of this matter and understand the terms of the Stipulation of Settlement, and I knowingly and voluntarily enter into this Stipulation of Settlement.

Date:_____ _____

_____
Printed Name